UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CALAIS SHIPHOLDING CO.,

               Plaintiff,

- against -

BRONWEN ENERGY TRADING LTD.

               Defendant.
-----------------------------------------------------------------X

JUDGE LEISURE

07 CV 10609

ECF CASE

RECEIVED
NOV 27 2007
U.S.D.C., S.D.N.Y.
CASHIERS

### DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

               NONE.

Dated: November 27, 2007
       Southport, CT

               The Plaintiff,
               CALAIS SHIPHOLDING CO.

               By: _____
               Charles E. Murphy (CM 2125)
               Nancy R. Peterson (NP 2871)
               Patrick F. Lennon (PL 2162)
               LENNON, MURPHY & LENNON, LLC
               The Gray Bar Building
               420 Lexington Ave., Suite 300
               New York, NY 10170
               (212) 490-6050
               facsimile (212) 490-6070
               nrp@lenmur.com
               pfl@lenmur.com