CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | | |
|---|---|---|
| CALAIS SHIPHOLDING CO., | : | |
| | : | |
| | : | |
| Plaintiff, | : | **07-CV-10609** |
| | : | |
| v. | : | **NOTICE OF** |
| | : | **APPEARANCE** |
| BRONWEN ENERGY TRADING LTD. | : | |
| (DOMINICA) BRONWEN ENERGY TRADING | : | |
| LTD. (NIGERIA) and BRONWEN ENERGY | : | |
| TRADING UK LTD., | : | |
| | : | |
| Defendants. | : | |

---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated:  North Bergen, New Jersey
        December 7, 2007

                CLARK, ATCHESON & REISERT
                Attorneys for Garnishee
                Societe Generale New York Branch

      By:  _____
            Richard J. Reisert (RR-7118)
            7800 River Road
            North Bergen, NJ  07047
            Tel: (201) 537-1200
            Fax: (201) 537-1201
            Email:  reisert@navlaw.com