UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CALAIS SHIPHOLDING CO.,     07 Civ. 10609 (PKL)

              Plaintiff,

-against-

BRONWEN ENERGY TRADING LTD. (Dominica), BRONWEN ENERGY TRADING LTD. (Nigeria) and BRONWEN ENERGY TRADING UK LTD.,
              Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/08
```

### ORDER DIRECTING UBS AG TO PAY ATTACHED FUNDS INTO THE REGISTRY OF THE DISTRICT COURT

     UBS AG ("UBS"), a garnishee of assets of defendant Bronwen Energy Trading Ltd. (Nigeria), pursuant to a maritime writ of attachment issued in the above-captioned maritime action, having applied for an order directing UBS to pay the funds attached in the amount of $49,975.00 (the "Attached Funds") into the registry of the Court, and good cause having been shown for such an order,

     **IT IS HEREBY ORDERED** that, pursuant to Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, UBS shall pay the Attached Funds into the registry of the Court, and UBS shall have discharged its obligations as garnishee in this action upon making such payment of the Attached Funds into the registry of the Court.

DONE this **22nd** day of January, 2008

                                            _/s/ Peter K. Leisure_
                                             Hon. Peter K. Leisure
                                             United States District Judge