**Lennon, Murphy & Lennon, LLC**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/08

**MEMO ENDORSED**

July 28, 2008

**By Hand**

Hon. Peter K. Leisure
Attn: Ms. Eileen Chan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, New York 10007-1581

RECEIVED
CHAMBERS OF

JUL 29 2008

PETER K. LEISURE
USDJ/SDNY

Re:  Calais Shipholding Co. v Bronwen Energy Trading Ltd (Dominica), Bronwen Energy Trading, Ltd. (Nigeria) and Bronwen Energy Trading UK Ltd
Docket Number: 07 Civ. 10609 (PKL)
Our Reference Number: 1296

Dear Judge Leisure:

We write to provide the Court with the status of the above-captioned case and to request an adjournment of the pre-trial conference scheduled for Wednesday, June 30, 2008 at 11:00 a.m.

We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On December 5, 2007, an Amended Ex Parte Order authorizing process of maritime attachment was issued permitting restraint of Defendants' property in the hands of garnishee banks located within the Southern District of New York.

Defendant(s)' property was restrained by various garnishee banks in the approximate amount of $99,950.00 pursuant to service of the Amended Ex-Parte Order of Attachment and accompanying Writ. Notice of the attachment was duly sent to the Defendant(s) pursuant to the Local Rules. However, Defendants have failed to file an answer or appear in this action.

As to the underlying proceeding, Plaintiff has initiated arbitration in London on its claims Plaintiff ultimately intends to enforce the arbitration award to be issued in its favor against the funds attached in New York.

In light of the foregoing, as we discussed with Ms. Chan earlier today, we respectfully request that the pre-trial conference in this matter be adjourned *sine die* while the underlying arbitration is proceeding, and the action be placed on the suspense calendar. Plaintiff will provide status updates as to the underlying arbitration every six months. In the meantime, we

will continue to serve the Process of Maritime Attachment in the hopes of obtaining full security for Plaintiff's claim.

Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. We thank your Honor for consideration of this request.

Respectfully submitted,

*Nancy Siegel*
Nancy R. Siegel

7/29/08
SO ORDERED
*[signature]*
USDJ